FILED

2009 Jul-06  AM 10:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANA JOE BRYANT, | } | |
| | } | |
| Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 5:09-CV-0447-WMA-JEO |
| | } | |
| TYLER RODEN, et al., | } | |
| | } | |
| Defendants. | } | |

## ORDER

After having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation to which no objections have been filed, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**. The action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and (2).

DONE this 6th day of July, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE